FILED

05/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0587

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0587

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

JOSE MARTINEZ, JR.,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including June 22, 2023, within which to prepare, file, and serve its response brief.

**MPD**

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 15 2023